MICHAEL BAILEY
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Arizona State Bar No. 016742
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
E-Mail: Jacqueline.Schesnol@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-05107-MJ |
| Plaintiff, | |
| vs. | **UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO RELEASE PROPERTY** |
| William Young, Sr., | |
| Defendant. | |

The United States, by and through undersigned counsel, responds to Defendant Young's request for release of his cell phone. The cell is in the possession of the authorities in the Eastern District of New York. Counsel in New York informed undersigned counsel that law enforcement authorities will mail Defendant Young's phone to him the week of May 25, 2020, at an address provided by his counsel. For that reason, it is the government's position the defendant's motion is now moot.

Respectfully submitted this 22nd day of May, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona


*s/Jacqueline Schesnol*
JACQUELINE SCHESNOL
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on May 22nd 2020, I used the CM/ECF system to electronically transmit the attached document to the Clerk's Office and the CM/ECF registrants.

*s/Julia G. Soza*
U.S. Attorney's Office